UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRYTANIA MEDIA LLC;** <br> **PRYTANIA MEDIA CORP;** <br> **ANNIE STRAIN, and** <br> **WILLIAM ("JEFF") STRAIN** <br><br> **VERSUS** <br><br> **NETEASE, INC.;** <br> **NETEASE INTERACTIVE** <br> **ENTERTAINMENT PTE. LTD.;** <br> **NETEASE INFORMATION** <br> **TECHNOLOGY CORP.;** <br> **HAN CHENGLIN; and** <br> **CROP CIRCLE GAMES CORP** | **CIVIL ACTION NO. _____** <br><br> **JUDGE:** <br><br><br> **MAGISTRATE JUDGE:** |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Specially Appearing Defendants NetEase, Inc., NetEase Interactive Entertainment Pte. Ltd., NetEase Information Technology Corp., and Han Chenglin, make the following disclosures:

**1.    Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

Yes for NetEase, Inc., NetEase Interactive Entertainment Pte. Ltd., and NetEase Information Technology Corp.

No for Han Chenglin.

**a.    Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**

**b.    State that there is no such corporation**.

#103577989v1

1

NetEase, Inc. is a publicly traded company. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

NetEase, Inc. is the parent company of NetEase Interactive Entertainment Pte. Ltd., and NetEase Information Technology Corp. No other publicly held corporation owns 10% or more of NetEase Interactive Entertainment Pte. Ltd.'s stock or NetEase Information Technology Corp.'s stock.

**2. Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

Yes.

**a. Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, sub-members, general and limited partners, and corporations) at the time the action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)).**

- NetEase, Inc. is a corporation organized and existing under the laws of the Cayman Islands with its principal place of business in the People's Republic of China.

- NetEase Interactive Entertainment Pte. Ltd. is a Singapore private limited company with its principal place of business in Singapore.

- NetEase Information Technology Corp. is a California corporation with its principal place of business in California.

- Mr. Han is a citizen of the People's Republic of China, and a permanent resident of Singapore. Mr. Han is not a permanent resident of, or domiciled in, the United States.

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

Dated: March 10, 2025

Respectfully submitted,

*/s/ Michael W. Magner*
**JONES WALKER LLP**
Michael W. Magner (#1206)
Brett S. Venn (#32954)
P.J. Kee (#34860)
L. Davis Williams (#40996)
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170
Tel:  (504) 582-8116
Fax:  (504) 589-8116
Email:  mmagner@joneswalker.com
            bvenn@joneswalker.com
            pkee@joneswalker.com
            dwilliams@joneswalker.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Winston Hsiao (*pro hac vice* application forthcoming)
Raza Rasheed (*pro hac vice* application forthcoming)
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Tel: (213) 687-5000
Fax: (213) 687-5600
Email: winston.hsiao@skadden.com
           raza.rasheed@ skadden.com

***Attorneys for Specially Appearing Defendants NetEase, Inc., NetEase Interactive Entertainment Pte. Ltd., NetEase Information Technology Corp. and Han Chenglin***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025, a copy of the foregoing pleading was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana using the CM/ECF system, and that service on all participants in this case who are registered CM/ECF users will be accomplished by the CM/ECF system, and that I have caused a copy of the foregoing pleading to be served upon all known counsel of record in this matter via email and/or U.S. Mail, first class, postage prepaid on this 10th day of March, 2025.

*/s/ Michael W. Magner*
Michael W. Magner

#103577989v1