ATTORNEY'S NAME: Griffith, Steven F 27232
AND ADDRESS: 201 St. Charles Ave. Ste 3600, New Orleans, LA 70170

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2025-00022  DIVISION: I  SECTION: 05

### PRYTANIA MEDIA LLC ET AL

Versus

### NETEASE, INC. ET AL

## CITATION

TO: CROP CIRCLE GAMES CORP. (IN THE ABSENCE OF A REGISTERED AGENT,)
THROUGH: THE LOUISIANA SECRETARY OF STATE

LOUISIANA SECRETARY OF STATE, 8585 ARCHIVES AVE., BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA January 7, 2025

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Jamyra Thomas, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES ON CROP CIRCLE GAMES CORP. (IN THE ABSENCE OF A REGISTERED AGENT,) THROUGH: THE LOUISIANA SECRETARY OF STATE<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____ / ENTERED / _____<br>_____ / _____ / _____<br>SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES ON CROP CIRCLE GAMES CORP. (IN THE ABSENCE OF A REGISTERED AGENT,) THROUGH: THE LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CROP CIRCLE GAMES CORP. (IN THE ABSENCE OF A REGISTERED AGENT,) being absent from the domicile at time of said service.<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

  A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

  B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

  C. The court may grant additional time for answering.

  Acts 2021, No. 174, §1, eff. Jan. 1, 2022.