CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO. 2025-22                                                                                          SECTION "I"

PRYTANIA MEDIA LLC; PRYTANIA MEDIA CORP;
ANNIE STRAIN; and WILLIAM ("JEFF") STRAIN

VERSUS

NETEASE, INC.;
NETEASE INTERACTIVE ENTERTAINMENT PTE. LTD.;
NETEASE INFORMATION TECHNOLOGY CORPORATION;
HAN CHENGLIN; and CROP CIRCLE GAMES CORP

FILED: _____                    _____
                                                                              DEPUTY CLERK

**WAIVER OF SERVICE AND CITATION BY DEFENDANTS, NETEASE, INC.;
NETEASE INTERACTIVE ENTERTAINMENT PTE. LTD.;
NETEASE INFORMATION TECHNOLOGY CORPORATION AND HAN CHENGLIN**

On behalf of Defendants NetEase, Inc., NetEase Interactive Entertainment Pte. Ltd., NetEase Information Technology Corporation, and Han Chenglin, the undersigned states that, with respect to Plaintiffs' Petition for Damages and Amended, Restated, and Verified Petition for Injunctive Relief and Damages (the "Petitions"), service of the Petitions with Citation is hereby waived and accepted. This waiver is not intended to be, and shall not be, construed as a general appearance or as a waiver of any rights or defenses—including but not limited to any jurisdictional challenges—all of which are hereby expressly reserved. All legal delays are also reserved, including with respect to the agreement between undersigned counsel and Plaintiffs' counsel granting the above-named Defendants an extension of time to file responsive pleadings. Pursuant to that agreement, Plaintiffs have agreed that the above-named Defendants need not file any responsive pleadings until May 30, 2025.

*[Signature on the following page]*

Signed this 28th day of February 2025.

BY:  /s/ Michael W. Magner
JONES WALKER LLP
Michael W. Magner (#1206)
Brett S. Venn (#32954)
P.J. Kee (#34860)
L. Davis Williams (#40996)
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170
Tel: (504) 582-8116
Fax: (504) 589-8116
Email:  mmagner@joneswalker.com
bvenn@joneswalker.com
pkee@joneswalker.com
dwilliams@joneswalker.com
***Attorneys for NetEase, Inc.,
NetEase Interactive Entertainment Pte. Ltd.,
NetEase Information Technology Corporation,
and Han Chenglin***