CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO. 2025-0022            DIVISION: "I"

**PRYTANIA MEDIA LLC; PRYTANIA MEDIA CORP;
ANNIE STRAIN, and WILLIAM ("JEFF") STRAIN**

**VERSUS**

**NETEASE, INC.; NETEASE INTERACTIVE ENTERTAINMENT PTE. LTD.;
NETEASE INFORMATION TECHOLOGY CORPORATION; HAN CHENGLIN; and
CROP CIRCLE GAMES CORP**

FILED: _____           _____

                                                                                    **DEPUTY CLERK**

## NOTICE OF FILING OF NOTICE REMOVAL TO FEDERAL COURT

To:    The Honorable Judge Lori Jupiter
       Civil District Court for the Parish of Orleans
       421 Loyola Avenue, Div. I
       New Orleans, LA 70112

PLEASE TAKE NOTICE that on the 10th day of March, 2025, Specially Appearing Defendants NetEase, Inc., NetEase Interactive Entertainment Pte. Ltd., NetEase Information Technology Corp. (collectively, "NetEase"), and Han Chenglin (together with NetEase, "Defendants"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, filed with the office of the Clerk of the United States District Court for the Eastern District of Louisiana a Notice of Removal of the above-referenced and numbered action previously pending in the Civil District Court for the Parish of Orleans, Case No. 2025-0022.

A copy of said Notice of Removal filed with the United States District Court for the Eastern District of Louisiana is attached hereto as **Exhibit "A"** and has been served on all counsel of record.

Dated: March 10, 2025

                                              Respectfully submitted,

                                              */s/ Michael W. Magner*
                                              **JONES WALKER LLP**
                                              Michael W. Magner (#1206)
                                              Brett S. Venn (#32954)
                                              P.J. Kee (#34860)
                                              L. Davis Williams (#40996)
                                              201 St. Charles Avenue, 50th Floor
                                              New Orleans, Louisiana 70170

EXHIBIT B

#103440499v3

Tel: (504) 582-8316
Fax: (504) 589-8316
Email: mmagner@joneswalker.com
bvenn@joneswalker.com
pkee@joneswalker.com
dwilliams@joneswalker.com

*Attorneys for Specially Appearing Defendants NetEase, Inc., NetEase Interactive Entertainment Pte. Ltd., NetEase Information Technology Corp. and Han Chenglin*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing pleading to be served upon all known counsel of record in this matter via email and/or U.S. Mail, first class, postage prepaid on this 10th day of March, 2025.

/s/ Michael W. Magner