UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PRYTANIA MEDIA LLC;<br>PRYTANIA MEDIA CORP;<br>ANNIE STRAIN, and<br>WILLIAM ("JEFF") STRAIN<br><br>VERSUS<br><br>NETEASE, INC.;<br>NETEASE INTERACTIVE<br>ENTERTAINMENT PTE. LTD.;<br>NETEASE INFORMATION<br>TECHNOLOGY CORP.;<br>HAN CHENGLIN; and<br>CROP CIRCLE GAMES CORP | CIVIL ACTION NO. _____<br><br>JUDGE:<br><br>MAGISTRATE JUDGE: |

## DECLARATION OF MICHAEL W. MAGNER

I, Michael W. Magner, declare as follows:

(1) I am a partner at Jones Walker LLP and counsel of record for Specially Appearing Defendants NetEase, Inc., NetEase Interactive Entertainment Pte. Ltd., NetEase Information Technology Corp. (collectively, "NetEase"), and Han Chenglin (together with NetEase, "Defendants"). I am authorized to submit this declaration based on personal knowledge in support of Defendants' Notice of Removal.

(2) Attached hereto as Exhibit 1 is a true and correct copy of the letter Defendant Han Chenglin received from Annie Strain via email on January 3, 2025, as forwarded to me.

(3) Attached hereto as Exhibit 2 is a true and correct copy of the letter Defendant Han Chenglin received from William "Jeff" Strain via email on January 3, 2025, as forwarded to me.

(4) Attached hereto as Exhibit 3 is a true and correct copy of the letter Ding Lei, Chief Executive Officer of Defendant NetEase, Inc., received from Steven F. Griffith, Jr., counsel for Plaintiffs, via email on January 3, 2025, as forwarded to me.

(5) On January 3, 2025, Plaintiffs filed their original Petition for Damages in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Civil Action No. 2025-00022 ("State Court Action"). Defendants were never served with this original citation and petition. In their original petition, Plaintiffs requested service

on Defendants NetEase and Mr. Han be held, while requesting service on defendant Crop Circle Cames Corp. ("Crop Circle").

(6) On February 20, 2025, Plaintiffs filed an Amended Petition for Damages (the "Petition") against Defendants and defendant Crop Circle in the State Court Action.

(7) On that same day, the parties agreed that defense counsel would accept and waive service on behalf of Defendants on February 28, 2025—without waiving any defenses or challenges including jurisdictional challenges—and agreed to following schedule on any removal and remand proceedings and the date for Defendants to file responsive pleadings to the Petition:

 a. Defendants to file a Notice of Removal by March 10, 2025.
 b. Plaintiffs to file any motion for remand by April 9, 2025 and notice such motion for a May 1, 2025 submission date—meaning Defendants' opposition to any such motion would be due April 23 and Plaintiffs' reply in support would be April 29.
 c. Defendants to file any responsive pleadings to the Petition by May 30, 2025.

(8) Pursuant to that agreement, Defendants accepted service of the Petition on February 28, 2025. To the best of my knowledge, Crop Circle has not yet been served with the Amended Petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 10, 2025

_____
MICHAEL W. MAGNER