**WILLIAM ("JEFF") STRAIN**
**1424 Fourth Street**
**New Orleans, Louisiana 70130**

January 3, 2025

**VIA REGULAR MAIL**                                **VIA ELECTRONIC MAIL ONLY**

Crop Circle Games Corp                              Han Chenglin (tonyhan@oc.netease.com)
3014 Dauphine St Suite A
P.O. Box 96291
New Orleans, LA 70117

Re:   Crop Circle Games Corp
      Resignation of Officer, Manager, and Employment Positions

Dear Board of Directors:

Allow this letter to serve as my official resignation from all officer, manager, and employment positions with Crop Circle Games Corp ("Crop Circle Games"), including my position as President, effective January 3, 2025.

This morning, January 3, 2025, Prytania Media LLC, Prytania Media Corp, Annie Strain, and I filed suit against Crop Circle Games, Net Ease, Inc., and Han Chenglin. Among other things, this lawsuit alleges that Crop Circle Games is liable for the actions of Mr. Han and other individuals for whom it is responsible who spread derogatory comments about Prytania Media LLC, Prytania Media Corp, Annie Strain, and me.

As a party to the suit, officer of Prytania Media Corp, and manager of Prytania Media LLC, I believe it is in Crop Circle Games' best interest for me to resign from any officer, management, and employment positions at Crop Circle Games to ensure that it can adequately protect itself in this suit.

For now, I will retain my position on the Board of Directors of Crop Circle Games, but I will abstain from any votes or discussion relating to the suit against Crop Circle Games. However, I do wish to note that I believe Crop Circle Games has claims to be asserted against NetEase and its representatives, and that it should take steps to pursue those claims, including the hiring of new officers and managers to do so.

Sincerely,

*/s/ William Jeff Strain*

William Jeff Strain

cc:   Steven F. Griffith, Jr.

**EXHIBIT 2**